IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH MCPHATTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-02380-N |
| | § | |
| CREDENCE RESOURCE | § | |
| MANAGEMENT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court dismisses Plaintiff Joseph McPhatter's claims against Defendants Credence Resource Management, LLC and T-Mobile USA, Inc. in favor of arbitration. Accordingly, this action is dismissed without prejudice with court costs to be borne by the party incurring such costs.

Signed June 6, 2018.

David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE